**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6788**

_____

ANTHONY JAMES-MYERS,

        Plaintiff - Appellant,

    v.

OFC. QUAYNAR,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:23-cv-03355-PX)

_____

Submitted:  November 14, 2024                 Decided:  November 19, 2024

_____

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthony James-Myers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony James-Myers filed a notice of appeal instead of responding to the motion to dismiss or for summary judgment that Defendant filed in James-Myers' pending 42 U.S.C. § 1983 action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Presently, the record does not contain a final order or an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*